Bankruptcy Case No. 08-35653-KRH

Adversary Proceeding No. 10-03406-KRH

# CERTIFICATE OF SERVICE

I, Mary de Leon _____, certify that I am, and at all times during the service of process was, not less than
    (name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made December 6, 2010 _____ by:
    (date)

**X**    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

See attached Service List re service of (1) Summons and Notice in An Adversary Proceeding; (2) The Liquidating Trustee's Complaint to Avoid and Recover Preferential Transfers and Objection to Claim No. 598 and to Scheduled Unsecured Claim; and (3) Order Establishing Procedures for Avoidance Action Adversary Proceedings, including as attachments thereto the Avoidance Action Adversary Proceedings Procedures and List of Proposed Mediators.

__    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


__    Residence Service: By leaving the process with the following adult at:


__    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


__    Publication: The defendant was served as follows: [Describe briefly]


__    State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]          (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

December 6, 2010            /s/ Mary de Leon
Date                                    Signature

**Print Name**

Mary de Leon

**Business Address**

Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, Suite 1100

| City | State | Zip |
| --- | --- | --- |
| Los Angeles | California | 90067 |

[ver. 05/02]

| | |
|---|---|
| Filed This 30th Day of<br>December, 2010 | BY:  TAVENNER & BERAN, PLC<br><br>    */s/ Paula S. Beran*_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>*Co-Counsel for the Liquidating Trustee* |

## SERVICE LIST

Argo Partners Inc.
Attn: Michael C. Singer, Chairman or CEO
12 West 37th Street, 9th Floor
New York, NY 10018

Argo Partners Inc.
Attn: Gerald Fischer
12 West 37th Street, 9th Floor
New York, NY 10018