# TAVENNER & BERAN, PLC
### ATTORNEYS AT LAW

Paula S. Beran
EMAIL: PBERAN@TB-LAWFIRM.COM

20 NORTH EIGHTH STREET, SECOND FLOOR
RICHMOND, VIRGINIA 23219
TELEPHONE: (804) 783-8300
FACSIMILE: (804) 783-0178

FILE NUMBER: 02166.001

March 8, 2011

*VIA ELECTRONIC DELIVERY*
William C. Redden, Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

    **Re:** **Circuit City Stores, Inc. v. Carrera Arquitectos PSC**
          **Lead Bankruptcy Case No. 08-35653 (KRH)**
          **Adversary Case No. 10-03406 (KRH)**

Dear Mr. Redden:

    I am writing to request that you issue an alias summons for the complaint that was filed on November 8, 2010 in the above-referenced adversary case.

    Should you have any questions or concerns, please do not hesitate to call me. Thank you for your assistance in this regard.

                        Very truly yours,

                        /s/ Paula S. Beran

                        Paula S. Beran

PSB/sdg