Bankruptcy Case No. 08-35653-KRH

Adversary Proceeding No. 10-03406-KRH

AMENDED
## CERTIFICATE OF SERVICE

I, Mary de Leon_____, certify that I am, and at all times during the service of process was, not less than
    (name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __March 14, 2011_____ by:
                                                                                              (date)

**X**  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
     See attached Service List re service of (1) Alias Summons and Notice in An Adversary Proceeding; (2) The Liquidating Trustee's Complaint to Avoid and Recover Preferential Transfers and Objection to Claim No. 598 and to Scheduled Unsecured Claim; (3) Order Establishing Procedures for Avoidance Action Adversary Proceedings, including attachments thereto; and (4) Amended Order Establishing Procedures for Avoidance Action Adversary Proceedings, including as attachments thereto the Avoidance Action Adversary Proceedings Amended Procedures and List of Proposed Mediators.

___  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


___  Residence Service: By leaving the process with the following adult at:


___  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


___  Publication: The defendant was served as follows: [Describe briefly]


___  State Law: The defendant was served pursuant to the laws of the State of_____,
     as follows: [Describe briefly]                                                     (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

__March 14, 2011_____                    /s/ Mary de Leon_____
        Date                                          Signature

**Print Name**
Mary de Leon
**Business Address**
Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, Suite 1100
| City | State | Zip |
| --- | --- | --- |
| Los Angeles | California | 90067 |

[ver. 05/02]

Filed This 15th Day of       BY: TAVENNER & BERAN, PLC
March, 2011

    */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for the Liquidating Trustee*

## SERVICE LIST

Carrera Arquitectos PSC
Attn: Officer/Director
100 Acuarela Street
Suite 301
Guaynobo, Puerto Rico 00969

Carrera Arquitectos PSC
Attn: Edelberto Carrera
100 Acuarela Street
Suite 301
Guaynobo, Puerto Rico 00969

Carrera Arquitectos PSC
Attn: Juan Martinez
100 Acuarela Street
Suite 301
Guaynobo, Puerto Rico 00969

Carrera Arquitectos PSC
c/o Eduardo R. Jenks Carballeira
**VILELLA-JANEIRO, CATALA & JENKS**
PMB 291 #1353 Rd. 19
Guaynabo, Puerto Rico 00966-2700